UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sterling Bank and Trust, F.S.B.
and Sterling Bancorp, Inc.,

    Plaintiffs,

v.

Scott Seligman,

    Defendant,

and

K.I.S.S. Dynasty Trust No. 9, Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust, Scott J. Seligman 1993 Irrevocable Dynasty Trust, Scott J. Seligman Revocable Living Trust, Joshua James Seligman Irrevocable Trust No. 1, Seligman Family Foundation, 311 California LP/tax Kiss LP CO, Presidential Aviation, Inc., SM Farthington, LTD LLC, Seligman & Associates, Inc., AND Seligman Administrative Office,

    Nominal Defendants.

Case No. 22-12398

Hon. Sean F. Cox

## NOTICE OF APPEARANCE

TO:   CLERK OF THE COURT
       ALL COUNSEL OF RECORD

    Please enter my appearance on behalf of Plaintiffs Sterling Bank and Trust, F.S.B. and Sterling Bancorp, Inc. in the above-captioned matter.

        Respectfully submitted,

*/s/ Robert S. Hertzberg*
Robert S. Hertzberg (P30261)
Matthew J. Lund (P48632)
Troutman Pepper Hamilton Sanders LLP
4000 Town Center
Suite 1800
Southfield, MI 48075
248-359-7370
robert.hertzberg@troutman.com
matthew.lund@troutman.com

David B. Bergman
Jayce L. Born
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
202-942-5000
david.bergman@arnoldporter.com
jayce.born@arnoldporter.com

Oscar Ramallo (*admission pending*)
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
213-243-4000
oscar.ramallo@arnoldporter.com

Dated:  October 10, 2022

*Counsel for Plaintiffs Sterling Bank and Trust, F.S.B. and Sterling Bancorp, Inc.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Sterling Bank and Trust, F.S.B.
and Sterling Bancorp, Inc.,

    Plaintiffs,

v.

Scott Seligman,

    Defendant,

and

K.I.S.S. Dynasty Trust No. 9, Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust, Scott J. Seligman 1993 Irrevocable Dynasty Trust, Scott J. Seligman Revocable Living Trust, Joshua James Seligman Irrevocable Trust No. 1, Seligman Family Foundation, 311 California LP/tax Kiss LP CO, Presidential Aviation, Inc., SM Farthington, LTD LLC, Seligman & Associates, Inc., AND Seligman Administrative Office,

    Nominal Defendants.

Case No. 22-12398

Hon. Sean F. Cox

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2022, I caused a copy of the foregoing Notice of Appearance and this Certificate of Service to be electronically filed with the U.S. District Court, Eastern District of Michigan, and

notice will be sent by operation of the Court's electronic filing system to all ECF participants.

> */s/ Robert S. Hertzberg*
> ROBERT S. HERTZBERG (P30261)

#131187808 v1 (260781.000001)