UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

Sterling Bank and Trust, F.S.B.
AND Sterling Bancorp, Inc.,

      Plaintiff,

v

Scott Seligman,

      Defendant,

and

K.I.S.S. Dynasty Trust No. 9, Scott J.
Seligman 1993 Long Term Irrevocable
Dynasty Trust, Scott J. Seligman 1993
Irrevocable Dynasty Trust, Scott J.
Seligman Revocable Living Trust,
Joshua James Seligman Irrevocable
Trust No. 1, Seligman Family
Foundation, 311 California LP/tax Kiss
LP CO, Presidential Aviation, Inc., SM
Farthington, LTD LLC, Seligman &
Associates, Inc., AND Seligman
Administrative Office,

      Nominal Defendants.

Case No. 5:22-cv-12398

Hon. Judith E. Levy

## **APPEARANCE**

Justin P. Bagdady, of Bodman PLC, appears as counsel for Nominal

Defendants K.I.S.S. Dynasty Trust No. 9, Scott J. Seligman 1993 Long Term

4861-6138-1452_1

Irrevocable Dynasty Trust, Scott J. Seligman 1993 Irrevocable Dynasty Trust, and

Joshua James Seligman Irrevocable Trust No. 1 in the above matter.

> Respectfully submitted,
>
> BODMAN PLC
>
> /s/ *Justin P. Bagdady*
> Justin P. Bagdady (P79764)
> 201 South Division Street, Suite 400
> Ann Arbor, Michigan  48104
> (734) 761-3780
> jbagdady@bodmanlaw.com

January 25, 2023                           Attorney for Defendants DeLaval Inc. and
                                           West Agro, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I caused the foregoing document

to be electronically filed with the Clerk of the Court using the ECF system which

will send notification of such filing to all counsel of record.

> /s/ *Justin P. Bagdady*
> Justin P. Bagdady (P79764)
> 201 South Division Street, Suite 400
> Ann Arbor, Michigan  48104
> (734) 761-3780
> jbagdady@bodmanlaw.com

2

4861-6138-1452_1