UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Sterling Bank and Trust, F.S.B. AND Sterling Bancorp, Inc., <br><br>                      Plaintiffs,<br><br>   v.<br><br>Scott Seligman,<br><br>                      Defendant,<br><br>And<br><br>K.I.S.S. Dynasty Trust No. 9, Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust, Scott J. Seligman 1993 Irrevocable Dynasty Trust, Scott J. Seligman Revocable Living Trust, Joshua James Seligman Irrevocable Trust No. 1, Seligman Family Foundation, 311 California LP/tax Kiss LP CO, Presidential Aviation, Inc., SM Farthington, LTD LLC, Seligman & Associates, Inc., AND Seligman Administrative Office<br><br>                      Nominal Defendants. | Civil Action No. 5:22-cv-12398<br><br>Hon. Judith E. Levy<br><br>Magistrate Judge Elizabeth A. Stafford |

**STIPULATED ORDER TO ADJOURN AND RE-SCHEDULE HEARING ON PENDING MOTIONS TO DISMISS**

WHEREAS, the Court has scheduled an in-person hearing on July 20, 2023, in relation to the pending motions to dismiss (Docket Nos. 24 and 26)(the "Motions to Dismiss");

WHEREAS, counsel for Plaintiffs has a lengthy trial scheduled to begin in the United States District Court for District of Columbia on July 24, 2023, and has asked that the hearing on the Motions to Dismiss be adjourned to accommodate that conflict;

WHEREAS, counsel for all parties have consented to this adjournment and are available on October 30, 2023;

NOW THEREFORE, upon the stipulation of the parties, IT IS HEREBY ORDERED that the previously scheduled hearing on the Motions to Dismiss is adjourned and re-scheduled for October 30, 2023, at 10:30 a.m.

Date: June 7, 2023

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

IT IS SO STIPULATED this 31th day of May, 2023.

| /s/ Chantale Fiebig | /s/ Matthew J. Lund |
|---|---|
| Chantale Fiebig | Robert S. Hertzberg (P30261) |
| Mark A. Perry | Matthew J. Lund (P48632) |
| Crystal L. Weeks | Troutman Pepper Hamilton |
| Weil, Gotschal & Manges LLP | Sanders LLP |
| 2001 M Street NW, Suite 600 | 4000 Town Center, Suite 1800 |
| Washington, DC 20036 | Southfield, MI 48075 |
| (202) 682-7000 | (248) 359-7370 |
| chantale.fiebig@weil.com | robert.hertzberg@troutman.com |
| Mark.perry@weil.com | matthew.lund@troutman.com |
| Crystal.weeks@weil.com | |
| *Counsel for Defendants Scott J. Seligman, Scott J, Seligman Revocable* | David B. Bergman |
| | Jayce L. Born |

*Living Trust, Seligman Family Foundation, 311 California LP/tax, Kiss LP CO, Presidential Aviation, Inc., SM Farthington, LTD LLC, Seligman & Associates, Inc., Seligman Administrative Office*

Jeffrey B. Morganroth (P41670)
Morganroth & Morganroth, PLLC
344 North Old Woodward Avenue
Suite 200
Birmingham, MI 48009
jmorganroth@morganrothlaw.com
(248) 864-4000
*Counsel for Defendants Scott J. Seligman, and Scott J, Seligman Revocable Living Trust*

Kevin Mulcahy
Flannery Georgalis, LLC
719 Griswold Street
Suite 280
Detroit, MI 48226
(313) 488-0147
kmulcahy@flannerygeorgalis.com
*Counsel for Seligman Family Foundation, 311 California LP/tax Kiss LP CO, Presidential Aviation, Inc., SM Farthington, LTD LLC, Seligman & Associates, Inc.*

*/s/ Justin P. Bagdady*
Justin P. Bagdady (P79764)
Bodman PLC
201 S. Division Street, Suite 400
Ann Arbor, MI 48104
(734)-761-3780
jbagdady@bodmanlaw.com

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
david.bergman@arnoldporter.com
jayce.born@arnoldporter.com
Oscar Ramallo
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
oscar.ramallo@arnoldporter.com

*Counsel for Plaintiffs Sterling Bancorp and Trust, F.S.B. and Sterling Bancorp, Inc.*

Counsel *for Defendants K.I.S.S. Dynasty Trust No. 9, Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust, Scott J. Seligman 1993 Irrevocable Dynasty Trust, Joshua James Seligman Irrevocable Trust No. 1*