UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sterling Bank and Trust, F.S.B.
AND Sterling Bancorp, Inc.,

               Plaintiffs,

    v.

Scott Seligman,

               Defendant,

and

K.I.S.S. Dynasty Trust No. 9, Scott J.
Seligman 1993 Long Term Irrevocable
Dynasty Trust, Scott J. Seligman 1993
Irrevocable Dynasty Trust, Scott J. Seligman
Revocable Living Trust, Joshua James
Seligman Irrevocable Trust No. 1, Seligman
Family Foundation, 311 California LP/tax
Kiss LP CO, Presidential Aviation, Inc., SM
Farthington, LTD LLC, Seligman &
Associates, Inc., AND Seligman
Administrative Office,

               Nominal Defendants.

Case No. 5:22-cv-12398-JEL-EAS

Hon. Judith E. Levy

ORDER OF WITHDRAWAL OF ATTORNEY

Pursuant to the Notice of Withdrawal of Attorney (ECF No. 55);

IT IS HEREBY ORDERED that the Appearance of Jayce Born of Arnold &

Porter Kaye Scholer LLP as counsel for Plaintiffs in the above-captioned matter is

hereby withdrawn, and Jayce Born will be removed from the ECF service list.

Date: May 14, 2024

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 14, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
