# EXHIBIT A-1



**U.S. Department of Justice**

Criminal Division

---

May 20, 2024

Sally Q. Yates, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Suite 1600
Atlanta, GA 30309
syates@kslaw.com

Patrick Otlewski, Esq.
King & Spalding LLP
110 N. Wacker Drive
Suite 3800
Chicago, IL 60606
potlewski@kslaw.com

Re: Scott J. Seligman

Dear Counsel:

  We write regarding the investigation by the U.S. Department of Justice, Criminal Division, Fraud Section (the "Department") into your client, Scott J. Seligman, regarding possible violations of federal fraud statutes in connection with Sterling Bancorp, Inc.  Based on the information that the Department has learned to date, the Department has closed its inquiry of this matter.  If the Department learns of additional information, it may reopen its inquiry.

       Very truly yours,

       *s/ Cory E. Jacobs*
       Cory E. Jacobs, Assistant Chief
       Amanda Fretto Lingwood, Trial Attorney

CC: Glenn S. Leon, Chief, Fraud Section
   Anna G. Kaminska, Deputy Chief, Market Integrity & Major Frauds Unit