## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Sterling Bank and Trust, F.S.B. AND Sterling Bancorp, Inc., | Civil Action No. 5:22-cv-12398 |
| Plaintiffs, | Hon. Judith E. Levy |
| v. | Magistrate Judge Elizabeth A. Stafford |
| Scott Seligman, | |
| Defendant, | |
| And | |
| K.I.S.S. Dynasty Trust No. 9, Scott J. Seligman 1993 Long Term Irrevocable Dynasty Trust, Scott J. Seligman 1993 Irrevocable Dynasty Trust, Scott J. Seligman Revocable Living Trust, Joshua James Seligman Irrevocable Trust No. 1, Seligman Family Foundation, 311 California LP/tax Kiss LP CO, Presidential Aviation, Inc., SM Farthington, LTD LLC, Seligman & Associates, Inc., AND Seligman Administrative Office | |
| Nominal Defendants. | |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

Upon the parties' stipulation as set forth below, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that all claims in the above-captioned action are dismissed with prejudice and without costs or attorneys' fees.

Date: September 26, 2024

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

IT IS SO STIPULATED this 26th day of September, 2024.

*/s/ Chantale Fiebig*
Chantale Fiebig
Mark A. Perry
Crystal L. Weeks
Weil, Gotschal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7000
chantale.fiebig@weil.com
Mark.perry@weil.com
Crystal.weeks@weil.com

*Counsel for Defendants Scott J. Seligman, Scott J, Seligman Revocable Living Trust, Seligman Family Foundation, 311 California LP/tax, Kiss LP CO, Presidential Aviation, Inc., SM Farthington, LTD LLC, Seligman & Associates, Inc., and Seligman Administrative Office*

*/s/ Jeffrey B. Morganroth*
Jeffrey B. Morganroth (P41670)
Morganroth & Morganroth, PLLC
344 North Old Woodward Avenue
Suite 200
Birmingham, MI 48009
jmorganroth@morganrothlaw.com
(248) 864-4000

*/s/ Matthew J. Lund*
Matthew J. Lund (P48632)
Troutman Pepper Hamilton
Sanders LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
(248) 359-7370
matthew.lund@troutman.com

David B. Bergman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
david.bergman@arnoldporter.com

Oscar Ramallo
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
oscar.ramallo@arnoldporter.com

*Counsel for Plaintiffs Sterling Bancorp and Trust, F.S.B. and Sterling Bancorp, Inc.*

*Counsel for Defendants Scott J.*
*Seligman, and Scott J, Seligman*
*Revocable Living Trust*


/s/ Justin Withrow
Justin Withrow
Flannery Georgalis, LLC
1375 E. 9th Street
30th Floor
Cleveland, OH 44114
(216) 367-2120
jwithrow@flannerygeorgalis.com

*Counsel for Nominal Defendants*
*Seligman Family Foundation, 311*
*California LP/tax*
*Kiss LP CO, Presidential Aviation, Inc.,*
*SM Farthington, LTD LLC, Seligman &*
*Associates, Inc., and Seligman*
*Administrative Office*

/s/ Justin P. Bagdady
Justin P. Bagdady (P79764)
Bodman PLC
201 S. Division Street, Suite 400
Ann Arbor, MI 48104
(734)-761-3780
jbagdady@bodmanlaw.com

*Counsel for Defendants K.I.S.S. Dynasty*
*Trust No. 9, Scott J. Seligman 1993 Long*
*Term Irrevocable Dynasty Trust, Scott J.*
*Seligman 1993 Irrevocable Dynasty Trust,*
*Joshua James Seligman Irrevocable Trust No. 1*